11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Vicki Lynn Shroyer,                                  * From the 132nd District
                                                       Court of Scurry County,
                                                       Trial Court No. 9071.

Vs. No. 11-12-00209-CR                               * May 2, 2013

The State of Texas,                                  * Per Curiam Memorandum Opinion
                                                       (Panel consists of: Wright, C.J.,
                                                       McCall, J., and Willson, J.)

        This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.